UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-62379-CIV-HUCK/WHITE

CARLTON GRATE,

    Plaintiff,

vs.

STEVEN DIEFENBACHER,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Plaintiff's *pro se* Complaint filed pursuant to 42 U.S.C. § 1983 [D.E. #1]. The Honorable Patrick A. White, United States Magistrate Judge, issued a Report and Recommendation [D.E. #7], filed on February 14, 2011, recommending that the case continue against Defendant Officer Steven Diefenbacher but that the case be dismissed as to Defendant K-9 Dog Drago.

Plaintiff has not objected to the Report and Recommendation so he is not challenging the factual findings contained in it. The Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions as in the report. Accordingly, it is hereby

ORDERED AND ADJUDGED that, as stated in the Report, Defendant K-9 Dog Drago be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. The case shall continue against Defendant Diefenbacher. The Clerk is directed to re-style the caption of the case accordingly.

DONE AND ORDERED in chambers, Miami, Florida, March 16, 2011.

PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge Patrick A. White
All Counsel of Record
Grate, Carlton, DC #L28846
Jackson Work Camp
5607 Highway 71 North
Malone, Florida 32445